

**Signed: August 26, 2010**

_____
**LESLIE TCHAIKOVSKY
U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                    No. 10-40115 T
                                         Chapter 11
EDUARDO ESQUIVIAS QUINTONG,
ELIZABETH GUINA QUINTONG,

    Debtors-in-Possession.
_____/

**ORDER DISMISSING CASE WITH RETAINED JURISDICTION**

    The Office of the United States Trustee (the "UST") filed an ex parte motion to dismiss the above-captioned case based on conduct by the debtors inconsistent with the Bankruptcy Code. The hearing on the motion was scheduled for August 26, 2010 at 10:00 a.m. The debtors filed a statement of nonopposition to the motion. At the hearing, counsel for the UST informed the Court that the health care ombudsman had asked that the Court to retain jurisdiction to approve his fees. Good cause appearing therefor, it is hereby

    ORDERED that:

    1. The above-captioned case be, and it hereby is, dismissed; and

2. The Court retains jurisdiction to approve a fee application filed by the health care ombudsman within 60 days from the date of entry of this order.

END OF ORDER

COURT SERVICE LIST

Eduardo Esquivias Quintong
Elizabeth Guina Quintong
240 Firestone Dr.
Walnut Creek, CA 94598

Scott J. Sagaria
Law Offices of Scott J. Sagaria
333 W San Carlos St. #1625
San Jose, CA 95110

3